IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARI SALIH HASAN HASAN,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | No.  2:23-CV-2913-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Plaintiff has filed a notice of voluntary dismissal. See ECF No. 7.  Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated:  March 14, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1